UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**JEFFERY S. MOORE** and
**JAMES C. GUTHRIE,**
*individually and on behalf of*
*similarly situated individuals,*

**Plaintiffs,**

**v.**

**JEFFERY R. IRVIN VAN SERVICE LLC**
and **JEFFERY R. IRVIN,** *individually and as*
*president of Jeffery R. Irvin Van Service LLC,*

**Defendants.**                              No. 12-cv-34-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 25, 2012, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:      /s/*Sara Jennings*
               **Deputy Clerk**

Dated:   January 2, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.02
13:52:33 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT